UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TIMMY WOOLRIDGE,

Plaintiff,

v.

HEALTHSPAN HOME CARE AND HOSPICE,

Defendant.

CIVIL FILE NO. 00-2648 (DSD/JMM)

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Having considered the Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915,

IT IS ORDERED that the Application is:

☑ GRANTED

☑ The Clerk is directed to file the Complaint.

☑ IT IS FURTHER ORDERED that the Clerk issue Summons and the United States Marshal serve a copy of the Complaint, Summons and this Order upon the Defendant(s) as directed by the Plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

Dated: February 9, 2001

JOHN M. MASON
United States Magistrate Judge

Filed FEB 09 2001
Francis E. Dosal, Clerk
Judgment Entered __________
Deputy Clerk's Initials __________