UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TIMMY WOOLRIDGE,

Plaintiff,

v.

HEALTHSPAN HOME CARE AND HOSPICE,

Defendant.

CIVIL NO. 00-2648 (DSD/JMM)

ORDER

The above matter came on for hearing before the undersigned on October 23, 2001 upon Defendant's Motion to Compel Discovery [Docket No. 17]. The Plaintiff appeared pro se; Marne E. Polhamus, Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant's Motion to Compel Discovery [Docket No. 17] is granted as follows:

1. On or before October 25, 2001, Plaintiff shall serve upon counsel for Defendant full and complete answers to each of Defendant's First Set of Interrogatories;

2. On or before October 25, 2001, Plaintiff shall serve upon counsel for Defendant all documents requested by Defendant's Request for Production of Documents;

3. Plaintiff shall appear for a completion of his deposition at a time and place mutually agreed upon, or established by telephone conference with the Court, and shall answer all questions heretofore posed, and all other questions permitted under the Rules of Civil Procedure; and

FILED OCT 23 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

4. On or before October 25, 2001, Plaintiff shall pay to counsel for Defendant the sum of $250 as a sanction, pursuant to the provisions of Rule 37(a)(4) of the Federal Rules of Civil Procedure.

Dated: October 23, 2001

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

Defendant's Motion for a contingent sanction of dismissal is denied without prejudice. If Plaintiff fails to comply with this Order, relief may be sought by motion pursuant to the provisions of Rule 37(b)(2), which may include dismissal of Plaintiff's Complaint with prejudice.

J.M.M.