UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TIMMY WOOLRIDGE,

Plaintiff,

v.

HEALTHSPAN HOME CARE AND HOSPICE,

Defendant.

CIVIL NO. 00-2648 (DSD/JMM)

ORDER

The above matter came on for hearing before the undersigned on December 6, 2001 upon Defendant's Motion to Compel. Marnie E. Polhamus, Esq. appeared on behalf of Defendant. There was no appearance on behalf of Plaintiff.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order, for the reasons placed on the record at the hearing and summarized in the Memorandum attached to this Order.

IT IS HEREBY ORDERED:

1. Defendant's Motion to Compel is granted. No later than December 14, 2001, Plaintiff shall provide to Defendant's counsel executed (signed) releases authorizing disclosure of all of his medical/psychological and employment records.

2. No later than December 31, 2001, Plaintiff shall pay to Defendant the sum of $443.40 as a sanction, pursuant to the provisions of Rule 37(a)(4) of the Federal Rules of Civil Procedure.

Dated: December 6, 2001

JOHN M. MASON
United States Magistrate Judge

FILED DEC 06 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**MEMORANDUM**

Plaintiff failed to submit any written response to Defendant's Motion, and failed to appear at the hearing. Defendant is thus entitled to the relief as a matter of default. The relief is also warranted on the merits. Plaintiff has placed his medical/psychological condition and his prior employment at issue, and Defendant is entitled to learn the facts concerning these claims.

A sanction is appropriate because, in the words of Rule 37(a)(4), Plaintiff's failure to provide the releases was not justified, and there are no circumstances which make an award of expenses unjust. The Court arrived at the amount of the sanction imposed against Plaintiff as follows: $250 (preparation of the Motion to Compel), plus $150 (appearance at hearing), plus $43.40 (costs).

J.M.M.