**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Timmy Woolridge,

Plaintiff,

vs.

Healthspan Home Care and Hospice,

Defendant.

Civil File No.00-2648 (DSD/JMM)

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

Based upon the Stipulation of Plaintiff and Defendant, and Court being duly advised in the premises,

**IT IS HEREBY ORDERED, THAT:**

Plaintiff's action against Defendant is **DISMISSED WITH PREJUDICE**, without costs or attorneys' fees to any party.

**IT IS SO ORDERED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 1/7, 2001

BY THE COURT

~~John M. Mason~~
United States ~~Magistrate~~ Judge

FILED 1-7-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 1-7-02
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Timmy Woolridge,

Plaintiff,

Civil File No.00-2648 (DSD/JMM)

vs.

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Healthspan Home Care and Hospice,

Defendant.

---

Plaintiff has agreed to dismiss the above-entitled matter and the parties therefore stipulate that all proceedings before the Court, including Plaintiff's Complaint, should be dismissed with prejudice without costs awarded to either party.

Dated: 12-30-2001

By Tim Woolridge
Timmy Woolridge
4400 Longfellow Avenue South
Minneapolis, MN 55407
Telephone: (612) 729-2897

PRO SE

Dated: January 2, 2002

FELHABER, LARSON, FENLON & VOGT, P.A.

By Sara Gullickson McGrane
Sara Gullickson McGrane, #233213
Marnie E. Polhamus, #305078
601 Second Avenue South, Suite 4200
Minneapolis, Minnesota 55402-4302
Telephone: (612) 339-6321

ATTORNEYS FOR DEFENDANT